COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Bhaskara Shetty v. Arconic Inc.

Appellate case number:      01-19-00158-CV

Trial court case number:    2017-85782

Trial court:                113th District Court of Harris County

Appellant, Bhaskara Shetty, has filed a notice of appeal of the trial court's December 19, 2018 summary-judgment order.[1] *See* TEX. R. APP. P. 25.1, 26.1. Appellee, Arconic, Inc., has filed a motion to dismiss the appeal asserting that appellant's notice of appeal is insufficient to perfect an appeal under the Texas Rules of Appellate Procedure. The motion is **denied**. *See* TEX. R. APP. P. 25.1 ("An appeal is perfected when a written notice of appeal is filed with the trial court clerk); *Sweed v. Nye*, 323 S.W.3d 873, 875 (Tex. 2010) (explaining timely filed notice of appeal, even if defective, invokes appellate court's jurisdiction).

However, neither appellant's notice of appeal nor any document that he has filed in this Court includes a certificate of service, indicating that a copy of the document was served on appellee or its counsel. *See* TEX. R. APP. P. 9.5(a) (requiring party to serve copy of document on parties to proceeding at or before time document is filed), 9.5(d) (requiring all documents to include proof of service in form of acknowledgement of service by person served or certificate of service), 9.5(e) (requiring certificate of service to state date and manner of service; name and address of each person served; and, if person served is party's attorney, name of party represented by attorney). **Accordingly, appellant is notified that if any document filed in this Court does not show proof of service on appellee, as the Texas Rules of Appellate Procedure require, we may require appellant to supplement the document with proof of service or strike the document without further notice.**

---

[1]    Since the start of the appeal, the Clerk of this Court has sent notices to appellee's counsel in the trial court. *See* TEX. R. APP. P. 6.3(b). Appellate counsel for appellee has now filed a notice of appearance in this Court, and the Clerk of this Court has noted counsel's appearance on the docket of this Court. *See id.* 6.2.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd

☑ Acting individually     ☐ Acting for the Court

Date: _____July 2, 2019____